IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARNELL THOMPSON,
    Plaintiff,

vs.                           Case No. 3:09cv473/LAC/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On February 26, 2010, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $6.66 (Doc. 21). Plaintiff failed to pay the partial filing fee; therefore, on May 26, 2010, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 29). The time for compliance with the show cause order has now elapsed and Plaintiff has not paid the initial partial filing fee.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 23rd day of June 2010.

        */s/ Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** **United States v. Roberts**, **858 F.2d 698, 701 (11th Cir. 1988).**